UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAUL FIGUEROA-GONZALEZ (02),<br><br>    Defendant. | Crim. No. 05-382 (JAF) |

**O R D E R**

The court orders the preparation of a full psychodiagnostic assessment in this case by Dr. Luis Umpierre, Clinical Psychologist, as recommended by court-appointed forensic psychiatrist Cynthia Casanova-Pelosi, M.D.  The purpose of this psychodiagnostic assessment is to consider mental retardation versus malingering of cognitive deficits.

Since the defendant is detained at MDC-Guaynabo, the examination will be conducted at the institution. The Warden shall provide all the needed cooperation to Dr. Casanova and Dr. Umpierre so that this assessment can be completed at the earliest possible date.

Copies of this Order will be notified by fax to Dr. Casanova-Pelosi, Dr. Luis Umpierre (Fax #787-753-0124; Phone #787-753-1298); and the Warden at MDC-Guaynabo.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 26th day of January, 2006.

                                          S/José Antonio Fusté
                                          JOSE ANTONIO FUSTE
                                      Chief U. S. District Judge