UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>RAUL FIGUEROA-GONZALEZ (02),<br><br>    Defendant. | Crim. No. 05-382 (JAF) |

**O R D E R**

Defense counsel is granted **five (5) working days** to obtain Defendant Raúl Figueroa-González' complete Special Education class record from the Department of Education. The record will be certified by the Department and will be made available to the court; we will, in turn, pass it on to the examining psychiatrist and psychologist.

In addition, defense counsel will make Defendant's father, Raúl Figueroa, available to Dr. Cynthia Casanova-Pelosi for an interview and psychosocial background history of Defendant Raúl Figueroa-González.

Copy of this Order will be notified by fax to Dr. Casanova-Pelosi.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 26th day of January, 2006.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge