UNITED STATES DISTRICT COURT
DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>RAUL FIGUEROA-GONZALEZ (02),<br><br>    Defendant. | Crim. No. 05-382 (JAF) |

**O R D E R**

Due to Dr. Luis Umpierre's unavailability, the court appoints Dr. María Teresa Margarida, Clinical Psychologist, for the preparation of a full psychodiagnostic assessment in this case, as recommended by court-appointed forensic psychiatrist Cynthia Casanova-Pelosi, M.D. The purpose of this psychodiagnostic assessment is to consider mental retardation versus malingering of cognitive deficits.

Since the defendant is detained at MDC-Guaynabo, the examination will be conducted at the institution. The Warden shall provide all the needed cooperation to Dr. Margarida so that this assessment can be completed at the earliest possible date.

Copies of this Order will be notified by fax to Dr. Margarida (Fax #787-751-3911); Dr. Casanova-Pelosi; and the Warden at MDC-Guaynabo.

**IT IS SO ORDERED.**

San Juan, Puerto Rico, this 3rd day of February, 2006.

S/José Antonio Fusté
JOSE ANTONIO FUSTE
Chief U. S. District Judge